UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
IN OPEN COURT
SEP 12 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

STEPHANIE ADAMS,

    Plaintiff,

v.                         CASE NO.: 2:18cv559

APPLIED BUSINESS SERVICES,

    Defendant.

REDACTED COPY

## VERDICT FORM

(Answer "Yes" or "No" to the following question by checking the appropriate space.)

1. Did Defendant debt collector violate section 1692e of the Fair Debt Collection Practices Act?

    YES _____               NO  ✓ _____

If your answer is "NO," stop and go no further. If your answer is "YES," you may award up to $1,000.00 as statutory damages.

    Amount of statutory damages: $ _____

REDACTED COPY

9/12/19
Date

_____
Foreperson